**E-FILED**
Tuesday, 11 October, 2005  04:11:26 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KENNETH W. SIMMONS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 05-1214 |
| | ) | |
| RYAN TARBY, and TAZEWELL | ) | |
| COUNTY SHERIFF'S DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

This matter is now before the Court on Plaintiff, Kenneth Simmons'("Simmons"), Application to Proceed In Forma Pauperis.  For the reasons set forth below, his Motion to Proceed In Forma Pauperis is DENIED.

### DISCUSSION

Simmons seeks leave to proceed in forma pauperis in this action.  However, a review of his application revealed a lack of sufficient information to enable the Court to make an informed determination as to his true financial status.  Accordingly, the Court issued an Order on August 9, 2005, directing Simmons to submit a supplemental filing more fully explaining his available assets and expenses by August 23, 2005.  When no supplemental filing had been received by August 29, 2005, the Court entered an Order denying the Application to Proceed In Forma Pauperis and directing Simmons to pay the filing fee or risk dismissal of his case for failure to prosecute.

On September 8, 2005, Simmons responded with a belligerent Motion for Reconsideration in which, among other things, he suggested that he had not received the

Court's August 9, 2005, Order requesting additional information.  Given this assertion, the Court directed the Clerk of Court to provide Simmons with another copy of the August 9, 2005, Order, and granted him an additional 14 days in which to submit the requested information.  The Court noted that failure to submit the information requested would result in the reaffirmation of the denial of in forma pauperis status, as well as the possible dismissal of this action for failure to comply with the Orders of the Court and failure to prosecute.  On September 23, 2005, Simmons responded with the single sentence that he had "submitted an application to proceed and stand by the information provided." Supplemental Response dated September 23, 2005.

Accordingly, the Court now reaffirms its original ruling denying Simmons' Application to Proceed In Forma Pauperis.  Simmons must pay the entire filing fee of $250.00 on or before October 21, 2005, or this action will be dismissed.

ENTERED this 11th day of October, 2005.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge