UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH W. SIMMONS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 05-1214 |
| RYAN TARBY, and TAZEWELL COUNTY SHERIFF'S DEPARTMENT, | ) |
| Defendants. | ) |

## O R D E R

On October 11, 2005, the Court reaffirmed its original ruling denying Simmons' Application to Proceed In Forma Pauperis. Simmons was directed to pay the entire filing fee of $250.00 on or before October 21, 2005, and warned that his failure to do so would result in the dismissal of this action. The deadline has now passed without the submission of the filing fee as directed. Accordingly, the Court now finds that this action shall be DISMISSED without prejudice for failure to comply with the Orders of the Court and failure to prosecute.

ENTERED this 25th day of October, 2005.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge